# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

HEATHER NUMBERS, et al.,

    Plaintiffs,

v.                                                      Case No: 8:14-cv-341-T-30TGW

H. LEE MOFFITT CANCER CENTER
AND RESEARCH HOSPITAL, INC.,
et al.,

    Defendants.
_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Dkt. #12) was entered on January 26, 2015, which directed the Relators to obtain new counsel on or before February 19, 2015, failing which this case would be dismissed without prejudice and without further notice. A review of the docket indicates new counsel has not appeared. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of March, 2015.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2014\14-cv-341 dismiss 12.docx